NELSON W. FOOTE, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

MARY A. NORRIS, Respondent, *v.* SAME, Appellant.

THOMAS BULGER, Respondent, *v.* SAME, Appellant.

DANIEL G. EASTMAN, Respondent, *v.* SAME, Appellant.

JAMES LESTER, Respondent, *v.* SAME, Appellant.

MURDY B. SMITH, Respondent, *v.* SAME, Appellant.

(Argued December 17, 1872 ; decided December 24, 1872.)

*A. P. Laning* for the appellant.

*George W. Cothran* for the respondents.

JUDGMENT reduced to one penalty, and excess of fare paid without costs to either party. No opinion.

These cases presented the same question as in *Fisher* v. *N. Y. C. and H. R. R. R. Co.* (46 N. Y., 644).